United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 15-12313-sr
Juliann Apelt                                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP            Page 1 of 1              Date Rcvd: Aug 19, 2016
                              Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2016.
db              +Juliann Apelt,    1012 Bloomfield Ave,    Philadelphia, PA 19115-4819

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2016                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2016 at the address(es) listed below:
        ALFONSO G. MADRID    on behalf of Debtor Juliann  Apelt alfonsomadridlawECF@gmail.com
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
        FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Maverick Funding Corp. bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        MARISSA M. O'CONNELL    on behalf of Creditor   City of Philadelphia, Law Department Tax Unit
         marissa.o'connell@phila.gov,  James.Feighan@phila.gov
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                   TOTAL: 6

AUG/18/2016/THU 09:19     F Reigle Ch13Trustee     FAX No. 610 779 3637     P. 002

Case 15-12313-sr    Doc 38    Filed 08/21/16    Entered 08/22/16 01:19:48    Desc Imaged
Aug. 16. 2016 10:26AM            Certificate of Notice    Page 2 of 3              No. 7836    P. 2/3

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Juliann Apelt aka Juliann O'Brienaka Juliann Kowalko<br><br>_Debtor_ | CHAPTER 13 |
| Maverick Funding Corp.<br>_Movant_<br><br>vs. | NO. 15-12313 SR |
| Juliann Apelt aka Juliann O'Brien aka Juliann Kowalko<br><br>_Debtor_ | 11 U.S.C. Section 362 |
| Frederick L. Reigle Esq.<br>_Trustee_ | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1.      The post-petition arrearage on the mortgage held by Movant on Debtor's residence is $9,251.84, which breaks down as follows:

Post-Petition Payments:              May 2016 through August 2016 at $2056.46 per month
Fees & Costs Relating to Motion: $1026.00 ($850.00 fees and $176.00 costs)
**Total Post-Petition Arrears**     $9,251.84

2.      Debtor shall cure said arrearages in the following manner:

a). Within seven (7) days of the filing of this Stipulation, Debtor shall file an Amended Chapter 13 Plan to include the post-petition arrears of $9,251.84 along with the pre-petition arrears;

b). Movant shall file an Amended or Supplemental Proof of Claim to include the post-petition arrears of $9,251.84 along with the pre-petition arrears;

c). The new 410A form for a Proof of Claim shall not be required for this Amended or Supplemental Proof of Claim;

d). Maintenance of current monthly mortgage payments to Movant thereafter.

3.      Should debtor provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

AUG/18/2016/THU 09:19    F Reigle Ch13Trustee    FAX No. 610 779 3637    P. 003

Case 15-12313-sr    Doc 38    Filed 08/21/16    Entered 08/22/16 01:19:48    Desc Imaged
Aug. 16. 2016 10:26AM    Certificate of Notice    Page 3 of 3    No. 7836    P. 3/3

4.      In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, Movant shall notify Debtor and Debtor's attorney of the default in writing and Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor should fail to cure the default within fifteen (15) days, Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant relief from the automatic stay.

5.      The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6.      If the case is converted to Chapter 7, Movant shall file a Certification of Default with the court and the court shall enter an order granting Movant relief from the automatic stay.

7.      If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8.      The provisions of this stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9.      The parties agree that a facsimile signature shall be considered an original signature.

Date:                                    /s/ Joshua I. Goldman, Esquire
                                        Joshua I. Goldman, Esquire
                                        Attorney for Movant
                                        KML Law Group, P.C.
                                        Main Number: (215) 627-1322

Date: 8-13-16                            _____
                                        Alfonso G. Madrid
                                        Attorney for Debtor

Date: 8/17/16                            _____
                                        Frederick L. Reigle, Esquire
                                        Chapter 13 Trustee

Approved by the Court this 19th day of August            , 2016. However, the court retains discretion regarding entry of any further order.

                                        Judge Stephen Raslavich