United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Juliann Apelt  
      Debtor

Case No. 15-12313-sr  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Sep 28, 2016  
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2016.  
db          +Juliann Apelt,    1012 Bloomfield Ave,    Philadelphia, PA 19115-4819

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2016 at the address(es) listed below:  
       ALFONSO G. MADRID    on behalf of Debtor Juliann Apelt alfonsomadridlawECF@gmail.com  
       FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
       FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor Maverick Funding Corp. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
       MARISSA M. O'CONNELL    on behalf of Creditor City of Philadelphia, Law Department Tax Unit marissa.o'connell@phila.gov, James.Feighan@phila.gov  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                 TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| JULIANN APELT a/k/a | : | CASE NO: 15-12313SR |
| JULIANN O'BRIEN, a/k/a | : | |
| JULIANN KOWALKO | : | |
| | : | |
| Debtor | : | |
| | : | |
| _____ | : | |

**ORDER TO ALLOW COUNSEL FEES**

Upon consideration of the Supplemental Application for Compensation for Services Performed after Confirmation Of Chapter 13 Plan, and upon notice, opportunity for hearing, and/or certification of no objection, supplemental counsel fees are allowed in the following amount:

Total supplemental fee award allowed under 11 U.S.C. §330 :    $ 1,075.00

This amount is to be paid by the Trustee to Alfonso Madrid, Esquire, from available funds in the Debtor's estate.

BY THE COURT:

_____
Stephen Raslavich
United States Bankruptcy Court

Dated: September 28, 2016