United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-12313-sr
Juliann Apelt                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1              Date Rcvd: Sep 29, 2016
                             Form ID: pdf900          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 01, 2016.
db              +Juliann Apelt,   1012 Bloomfield Ave,   Philadelphia, PA 19115-4819

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2016                              Signature:  _/s/Joseph Speetjens_

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 29, 2016 at the address(es) listed below:
          ALFONSO G. MADRID   on behalf of Debtor Juliann  Apelt alfonsomadridlawECF@gmail.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Maverick Funding Corp. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          MARISSA M. O'CONNELL    on behalf of Creditor   City of Philadelphia, Law Department Tax Unit
           marissa.o'connell@phila.gov,  James.Feighan@phila.gov
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                          TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| IN RE | : | CHAPTER 13 |
|  | : |  |
| JULIANN APELT a/k/a | : | CASE NO: 15-12313SR |
| JULIANN O'BRIEN, a/k/a | : |  |
| JULIANN KOWALKO | : |  |
|  | : |  |
| Debtor | : |  |
| _____ | : |  |

## ORDER

AND NOW, this                day of                , 2016, upon consideration of the

Debtor's Motion Pursuant to 11 U.S.C. §1329(a)to Modify Plan (the "Motion"), and after notice

and hearing;

IT IS ORDERED, that, pursuant to 11 U.S.C. § 1329(a), the Motion is GRANTED. The

terms of the confirmed plan shall be modified to conform to the Third Amended Plan filed on

August 22, 2016  (Doc No. 39).

Dated: September 28, 2016          _____

Stephen Raslavich
United States Bankruptcy Judge