# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| JULIANN APELT a/k/a | : | CASE NO: 15-12313JKF |
| JULIANN O'BRIEN, a/k/a | : | |
| JULIANN KOWALKO | : | |
| | : | |
| Debtor | : | |
| _____ | : | |

## ORDER TERMINATING WAGE DEDUCTION

AND NOW, this _____ day of _____, 2019, upon consideration of the Debtor's Motion to Discontinue Wage Deduction, and upon notice and hearing;

IT IS ORDERED that this Court's prior Order of April 15, 2015 (Doc. No. 10), as amended by Order dated September 23, 2015 (Doc. No. 22) ordering TUHS Corporate Offices, to deduct funds from the earnings or income of Debtor Juliann Apelt, is VACATED.

**Date: March 27, 2019**

_____
Jean K. FitzSimon
United States Bankruptcy Judge