United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 15-12313-jkf
Juliann Apelt                                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: PaulP              Page 1 of 1              Date Rcvd: Mar 27, 2019
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2019.
db            +Juliann Apelt,   1012 Bloomfield Ave,   Philadelphia, PA 19115-4819

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2019 at the address(es) listed below:
              ALFONSO G. MADRID    on behalf of Debtor Juliann  Apelt alfonsomadridlawECF@gmail.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Maverick Funding Corp. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MARISSA M. O'CONNELL    on behalf of Creditor    City of Philadelphia, Law Department Tax Unit
               marissa.o'connell@phila.gov, karena.blaylock@phila.gov
              MATTEO SAMUEL WEINER    on behalf of Creditor    Maverick Funding Corp. bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Maverick Funding Corp. bkgroup@kmllawgroup.com
              SCOTT  WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    Maverick Funding Corp. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| JULIANN APELT a/k/a | : | CASE NO: 15-12313JKF |
| JULIANN O'BRIEN, a/k/a | : | |
| JULIANN KOWALKO | : | |
| | : | |
| Debtor | : | |
| _____: | | |

**ORDER TERMINATING WAGE DEDUCTION**

AND NOW, this       day of                , 2019, upon consideration of the Debtor's Motion to Discontinue Wage Deduction, and upon notice and hearing;

IT IS ORDERED that this Court's prior Order of April 15, 2015 (Doc. No. 10), as amended by Order dated September 23, 2015 (Doc. No. 22) ordering TUHS Corporate Offices, to deduct funds from the earnings or income of Debtor Juliann Apelt, is VACATED.

**Date: March 27, 2019**

_____
Jean K. FitzSimon
United States Bankruptcy Judge