United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Juliann Apelt  
    Debtor

Case No. 15-12313-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2   User: PaulP   Page 1 of 2   Date Rcvd: Jul 16, 2019  
                    Form ID: 138NEW   Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2019.

```
db              +Juliann Apelt,    1012 Bloomfield Ave,    Philadelphia, PA 19115-4819
13503959        +City of Philadelphia - Admin Adjud,    913 Filbert ST.,    Philadelphia, PA 19107-3117
13503960         City of Philadelphia-parking citation,    PO Box 41818,    Philadelphia, PA 19101-1818
14194627        +Home Point Financial Corporation,    11511 Luna Road, Suite 300,    Farmers Branch, TX 75234-6451
13503961        +Maverick Funding Corp,    1160 Parsippany Blvd Ste,    Parsippany, NJ 07054-1811
13517363        +Maverick Funding Corp.,    Cenlar FSB,    425 Phillips Blvd,    Ewing, NJ 08618-1430
13503963        +PA Turnpike Commission,    8000 C Derry St.,    Harrisburg, PA 17111-5200
13503964        +Phila Parking Authority - Bankrupty Dept,    701 Market St.,    Suite 5400,
                  Philadelphia, PA 19106-2895
13543606        +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
                  Attn: Bankruptcy Dept 3F
13503965        +Police and Fire Federal Credit Union,    901 Arch St.,    Philadelphia, PA 19107-2495
13503967         Temple University Physicians,    PO Box 827783,    Philadelphia, PA 19182-7783
13503968        +Xerox Solutions,    Pob 41818,    Philadelphia, PA 19101-1818
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: megan.harper@phila.gov Jul 17 2019 03:23:23      City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 17 2019 03:23:00
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 17 2019 03:23:14      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              +E-mail/Text: megan.harper@phila.gov Jul 17 2019 03:23:23
                  City of Philadelphia, Law Department Tax Unit,     c/o Marissa M. O'Connell, Esquire,
                  Municipal Services Building,    Bankruptcy Group,    1401 John F. Kennedy Blvd. 5th Floor,
                  Philadelphia, PA 19102-1617
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 17 2019 03:42:22
                  PRA Receivables Management LLC,    Attn Dolores Garcia VP,    PO Box 41067,
                  Norfolk, VA 23541-1067
13602915         E-mail/Text: megan.harper@phila.gov Jul 17 2019 03:23:23
                  Water Revenue Bureau,City of Philadelphia,    Law Department  Tax Unit,    Bankruptcy Group, MSB,
                  1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA  19102-1595
13503962        +E-mail/Text: bankruptcydpt@mcmcg.com Jul 17 2019 03:23:05      Midland Funding,
                  8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13923312         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 17 2019 03:20:32
                  Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
13503966        +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2019 03:20:01      Syncb/American Signatu,
                  950 Forrer Blvd,    Kettering, OH 45420-1469
13592471         E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2019 03:20:28      Synchrony Bank,
                  c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 10
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Home Point Financial Corporation
                                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2019                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: PaulP             Page 2 of 2             Date Rcvd: Jul 16, 2019
                              Form ID: 138NEW         Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2019 at the address(es) listed below:
          ALFONSO G. MADRID   on behalf of Debtor Juliann  Apelt alfonsomadridlawECF@gmail.com
          FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          JOSHUA ISAAC GOLDMAN   on behalf of Creditor    Maverick Funding Corp. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          MARISSA M. O'CONNELL   on behalf of Creditor    City of Philadelphia, Law Department Tax Unit
           marissa.o'connell@phila.gov, karena.blaylock@phila.gov
          MATTEO SAMUEL WEINER   on behalf of Creditor    Maverick Funding Corp. bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ   on behalf of Creditor    Maverick Funding Corp. bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
          THOMAS I. PULEO   on behalf of Creditor    Maverick Funding Corp. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                        TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Juliann Apelt
      Debtor(s)　　　　　　　　　　　　　　　　Bankruptcy No: 15−12313−jkf
　　　　　　　　　　　　　　　　　　　　　　　Chapter: 13

___

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                    900 Market Street
                         Suite 400
                  Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

　　　　　　　　　　　　　　　　　　　　　　　　For The Court
　　　　　　　　　　　　　　　　　　　　　　　　Timothy B. McGrath
　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

Dated: 7/16/19

　　　　　　　　　　　　　　　　　　　　　　　　　　　　66 − 65
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Form 138_new