## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| JULIANN APELT a/k/a<br>JULIANN O'BRIEN, a/k/a<br>JULIANN KOWALKO | : | CASE NO: 15-12313JKF |
| Debtor | : | |

**PRAECIPE TO CLOSE CASE**

TO CLERK OF COURT

Kindly enter an Order closing the above-captioned case.

/s/ Alfonso Madrid
ALFONSO MADRID, ESQ.
757 South 8th St.
Philadelphia PA 19147
(215)925-1002
(215)689-4809 (fax)
Alfonsomadrid.esq@gmail.com